## ARDOLINO v. REINHARDT.

(Supreme Court, Appellate Division, First Department. October 30, 1908.)

APPEAL AND ERROR (§ 762*)—REJOINDER BRIEF—LEAVE TO FILE—MOTION TO STRIKE.

Where appellant's attorneys refrained from including material points in their original briefs, and presented such points in reply briefs after they had received respondent's answering briefs, respondent's remedy was by application to have appellant's reply briefs stricken from the files, and not by motion for leave to file a rejoinder brief to answer such contentions.

Ed. Note.—For other cases, see Appeal and Error, Dec. Dig. § 762.*]

Action by John Ardolino against George N. Reinhardt. On motion by respondent to file a rejoinder brief. Denied.

Argued before PATTERSON, P. J., and McLAUGHLIN, CLARKE, HOUGHTON, and SCOTT, JJ.

Palmieri & Wechsler, for the motion.

PATTERSON, P. J.  This is an application by the respondent for
leave to file a rejoinder brief to the replying brief of the appellant,
on the ground that in such replying brief the appellant has presented
an entirely new point, not mentioned in his original brief, and there-
fore one which the respondent had no reason to believe would be
raised, and which he was not called upon to consider.

Motions of this character are not allowed, but some remedy should
be provided for such a situation as that in which the moving party is
here placed.  It has of late come within the observation of the court
that some attorneys preparing briefs for appellants refrain from in-
cluding in their original briefs points of vital importance, and after
they have received the respondents' answering briefs they set forth, in
what they call "replying briefs," the important matter omitted in the
first instance.  As no such thing as a rejoinder to a reply brief is
permitted, it is obvious that in such a case the respondent is placed
at a great disadvantage, and that the real purpose of requiring an ex-
change of briefs is frustrated.  The reprehensible practice here refer-
red to cannot be tolerated.  Therefore, in such circumstances, appli-
cations will be entertained to have such so-called reply briefs as are
above referred to removed from the files and withdrawn from the
consideration of the court.

The present motion, however, must be denied, but without costs.
All concur.